UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20 C 50465 |
| ) | |
| JOHN DOE, ) | Formerly Case No. "N/A" |
| ) | Circuit Court of Winnebago County, |
| Defendant. ) | Illinois |
| ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

To:

| | |
|---|---|
| Thomas A. Klein | Winnebago County State's Attorney's Office |
| Clerk of the Circuit Court for the | Attention: Attorney Jim Brun |
| Seventeenth Judicial Circuit | Winnebago County Courthouse |
| Winnebago County Courthouse | 400 West State Street, Suite 619 |
| 400 West State Street | Rockford, Illinois 61101 |
| Rockford, Illinois 61101 | |

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court for the Seventeenth Judicial Circuit, Winnebago County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 1442(a), and in support states the following:

1. On October 29, 2020, the Social Security Administration was served with a state court grand jury subpoena signed by Thomas A. Klein, Clerk of the Circuit Court for the Seventeenth Judicial Circuit, and a state court order signed by Seventeenth Judicial Circuit Judge Brendan A. Maher in *People of the State of Illinois v. John Doe*, Case No. "N/A." A redacted

1

copy of the grand jury subpoena and order are attached as Exhibit A.[1]

2. The grand jury subpoena and order direct the Social Security Administration to produce "all account information" concerning an individual, including the account holder name, home address, phone number associated with the account, current bank account, and account transactions.

3. Counsel for the Social Security Administration confirmed with the Winnebago County State's Attorney's Office that the matter does not involve benefits fraud, but instead relates to a missing person investigation.

4. There is no basis in the law that allows the Social Security Administration to comply with the grand jury subpoena and order under the present circumstances. *E.g.*, 42 U.S.C. § 1306(a) (the Social Security Act); 5 U.S.C. § 552a (the Privacy Act); 20 C.F.R. 401.155 (law enforcement purposes). Moreover, the Social Security Administration is not authorized to comply with a state court order or subpoena. *E.g.*, 20 C.F.R. § 401.180(c)(2) (valid court order must be signed by a federal judge or magistrate judge); *id.* at (d) (state court orders will not be honored because sovereign immunity precludes state-court jurisdiction over a federal agency).

5. A civil action against a federal agency that is commenced in a state court may be removed to the district court of the United States for the district and division embracing the place where it is pending. 28 U.S.C. § 1442(a)(1). "Civil action" encompasses any judicial proceeding including the issuance of a subpoena for documents. 28 U.S.C. § 1442(d)(1).

6. Neither the state court nor the clerk of the court have jurisdiction to issue or compel

---

[1] A motion to file an unredacted version of Exhibit A under seal is filed separately.

compliance with the grand jury subpoena and order included within Exhibit A.

WHEREFORE, this action now pending in the Circuit Court for the Seventeenth Judicial Circuit, Winnebago County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 1442(a).

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, Jr.
                                        United States Attorney

                                        By: s/ Jana L. Brady
                                               JANA L. BRADY
                                            Assistant United States Attorney
                                            327 South Church Street, Suite 3300
                                            Rockford, Illinois   61101
                                            (815) 987-4444
                                            jana.brady@usdoj.gov



# MARILYN HITE ROSS
WINNEBAGO COUNTY STATE'S ATTORNEY

October 20, 2020

Social Security Administration
General Council
Duty Attorney
200 West Adams
Chicago, IL 60606
Fax:

Dear Sir or Madam:

Enclosed is a Grand Jury Subpoena Duces Tecum. Please include a copy of the Subpoena Duces Tecum and send the requested information to the attention of:

> Winnebago Co. State's Attorneys Office
> Attention: Becky King
> Suite 619 Courthouse Building
> 400 West State Street
> Rockford, IL 61101

If you have any questions concerning this matter, please contact me at ▮▮▮. Please fax or email this information as soon as possible. My fax number is ▮▮▮ and my email is ▮▮▮. Thank you for your cooperation in this matter.

Sincerely,

*Becky King*
Becky King
Legal Assistant

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

PEOPLE OF THE STATE OF ILLINOIS )
)
                 Plaintiff, )    No. N/A
)
VS. )
)
John Doe )
                 Defendant,

## COURT ORDER

It is hereby ordered, that Social Security Administration, General Council Duty Attorney, 200 West Adams, Chicago, IL 60606, Fax: (312) 353-0347, tender to the Grand Jury all account information for ███████████ Social Security account including account holder name, home address, phone number associated with the account, current bank account and transactions from 07/2020 to 10/20/2020.

These records are returnable to the Grand Jury on October 28th, 2020.

_____
JUDGE OF THE CIRCUIT COURT

DATED: 10/21/20

Boone
STATE OF ILLINOIS                )
                                 ) SS   CASE NAME:    John Doe
COUNTY OF WINNEBAGO              )      CASE NUMBER:  N/A

## GRAND JURY
### SUBPOENA DUCES TECUM
(Subpoena for records or documents)

TO: Social Security Administration
General Council
Duty Attorney
200 West Adams
Chicago, IL 60606
Fax: ▇▇▇▇▇

YOU ARE HEREBY DIRECTED to produce at the designated time and place the following documents:

Please provide all account information for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ Social Security account including account holder name, home address, phone number associated with the account, current bank account and transactions from 07/2020 to 10/19/2020.

Said documents must be produced to be considered as evidence in certain criminal matters now pending before the Winnebago County Grand Jury, on behalf of THE PEOPLE OF THE STATE OF ILLINOIS, on October 28th, 2020, at 9:00 a.m. in the 8th Floor Grand Jury Room of the Winnebago County Courthouse, Rockford, Illinois.

### IMPORTANT NOTICE

Your personal appearance is NOT required if said records are turned over in a sealed package to the Winnebago County State's Attorney's Office, Attention Legal Assistant Becky King, 400 W. State Street, Suite 619, Rockford, Illinois, 61101, before the above-mentioned date.

You are not to disclose the existence of this request for a period of 90 days from the date of this request. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of law.

WITNESSED this 20th day of October, 2020.

_____

TO THE LAW ENFORCEMENT OFFICIAL ENTRUSTED WITH THIS SUBPOENA:
You are commanded to serve this subpoena in accordance with law of the State of Illinois, and to return this writ with endorsement as to the manner in which it was executed by you.

STATE OF ILLINOIS )
) SS
COUNTY OF WINNEBAGO )

Executed this writ this _____ day of _____, 2020 by reading it to the within named witness and leaving a copy of said writ with the witness.

_____
(Law Enforcement Official)